JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MATTHEW T. QUEEN, | ) | Case No. EDCV 13-802 CAS(JC) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| WARDEN (A) FRED FOULK, et al., | ) | |
| Respondents. | ) | |

Pursuant to the Court's Order Dismissing Action without Prejudice, this action is dismissed without prejudice for lack of jurisdiction.

IT IS SO ORDERED AND ADJUDGED.

DATED:   May 7, 2013

*Christina A. Snyder*
_____
HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE